### John J. Van Patten vs. John Austin.

*Motion by defendant to change venue.*—Declaration served twentieth of August last, and issue joined fourth of September.

S. F. Shepard, *Defts Counsel.*    A. Gallup, *Defts Atty.*
N. Hill, Jr., *Plffs Counsel.*    S. W. Jones, *Plffs Atty.*

Motion too late, might have moved at September term, and saved a circuit.

*Decision.*—Motion denied with costs.

---

### Lemuel Gilbert vs. William Chapman.

*Motion by defendant to change venue.*—The plaintiff swears to the greatest number of witnesses; but his affidavit is defective in not stating *that his witnesses are material on the trial of the cause:* that part of the affidavit is as follows, " that he has fully and fairly stated the case to his said counsel in this cause, and disclosed to him the facts which he expects to prove by each and every of his said witnesses above named, and that he can not safely proceed to the trial of this cause, as he is also advised by his said counsel," &c.

J. Davis, *Defts Counsel.*    Davis & Bancroft, *Defts Attys.*
A. Taber, *Plffs Counsel.*    Raymond & Clark, *Plffs Attys.*
*Decision.*—Motion granted.